■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL REID, Appellant. [827 NYS2d 881]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 30, 2004 (People v Reid, 9 AD3d 921 [2004]), affirming a sentence of the Supreme Court, Kings County, imposed August 13, 2002.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Miller, Rivera and Santucci, JJ., concur.